# advocates for justice
## chartered attorneys

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-16-2020

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

January 15, 2020

By ECF

Hon. John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

*[Handwritten: Argument adjourned to 2/4/20 at 10:00 A.M. So ordered. John G. Koeltl U.S.D.J. 1/16/20]*

Re:  Romero v. Manhattan and Bronx
 Surface Transit Operating Authority
 19 Civ. 0694 (JGK)

Dear Judge Koetl:

The Court has set an argument in the pending Motion to Dismiss for January 27, 2020, at 10:30 a.m. On that date I will be taking depositions in another FMLA case involving a plaintiff who is in a State Correctional Facility. Judge Torres has ordered the Superintendent of the Pomonock Facility to make the imprisoned Plaintiff available for the depositions on January 27, 2020, which are scheduled from 10:00 a.m. through 6:00 p.m. We request, given these circumstances, which have been difficult to arrange, that the Court reschedule the argument of the Motion to Dismiss.

In order to avoid another request, please note that the following dates present similar problems:

| | |
|---|---|
| January 29, 2020 | Morning – Court-ordered depositions |
| January 30, 2020 | Discharge arbitration |
| February 11, 2020 | Court appearance as Guardian |
| February 21, 2020 | Discharge arbitration |

Thank you for your consideration.

Respectfully submitted,

/s/

Arthur Z. Schwartz

cc: Steven D. Hurd, Esq. (by ECF)
 Joshua S. Fox, Esq. (by ECF)