USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDWIN ROMERO, ET AL.,
                        Plaintiff,

-against-

METROPOLITAN TRANSPORTATION
AUTHORITY, ET AL.,
                        Defendants.
-----------------------------------------------------------X

19 **CIVIL** 694 (JGK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2020, the defendants' motion to dismiss the plaintiffs' claims of overtime violations under the FLSA, NYCSL, and NYCRR is granted; the FSLA claims are dismissed without prejudice and the NYCSL and NYCRR claims are dismissed with prejudice. The defendants' motion to dismiss the plaintiffs' claims under the Equal Protection Clauses of the Fourteenth Amendment of the United States Constitution and New York State Constitution is granted and those claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          March 13, 2020

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**
                **BY:**
                                            **Deputy Clerk**